IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02576-EWN-PAC

DONALD BUCKLER, an individual, and
RANDY GARMAN, an individual, d/b/a Mobile Press Systems,

    Plaintiff(s),

v.

GREG LAUBE, an individual,
JASON ZIMONSTRAD, an individual,
KIM BOETLER, an individual, and
PAINT BULL INTERNATIONAL, INC., a Michigan corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    Because the parties' engaging in settlement discussions does not constitute good cause under Rule 16(b) Fed.R.Civ.P.  IT IS HEREBY

    **ORDERED** that the Stipulated Motion to Amend Scheduling Order [filed May 26, 2006; Doc. No. 17] is **granted in part** and **denied in part** as follows:


    IT IS **FURTHER ORDERED** that the pretrial deadlines are modified only as follows:

Plaintiffs' expert disclosures are due **June 23, 2006.**

Defendants' expert disclosures are due **July 15, 2006.**

Rebuttal expert disclosures are due **August 1, 2006.**

The discovery deadline is **August 15, 2006.**

IT IS **FURTHER ORDERED** that counsel may conference call the Court for a Settlement Conference date before the already scheduled conference set for **June 16, 2006 at 1:30 p.m.**

IT IS **FURTHER ORDERED** that the Preliminary Pretrial Conference set for **June 29, 2006 at 9:30 a.m.** shall proceed as previously scheduled.

Dated:  May 31, 2006