# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02576 - EWN-PAC**

DONALD BUCKLER, an individual,
RANDY GARMAN, an individual and
d/b/a MOBILE PRESS SYSTEMS,

    Plaintiffs,

v.

GREG LAUBE, an individual,
JASON ZIMONSTRAD, an individual,
KIM BOETLER, an individual and
PAINT BULL INTERNATIONAL, INC., a Michigan Corporation,

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST GREG LAUBE, JASON ZIMONSTRAD AND KIM BOETLER WITH PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiffs' and Defendants Greg Laube, Jason Zimonstrad and Kim Boetler's Stipulated Motion for Dismissal of Plaintiffs' Claims Against Greg Laube, Jason Zimonstrad and Kim Boetler With Prejudice.

The Court, having reviewed the Stipulated Motion and being otherwise familiar with the matter, hereby ORDERS as follows:

IT IS ORDERED that the Plaintiffs' claims against Greg Laube, Jason Zimonstrad and Kim Boetler are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to pay their own respective costs, expenses and attorneys' fees.

DONE AND SIGNED this 30th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge