**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 05-cv-02576 - EWN-PAC**

DONALD BUCKLER, an individual,
RANDY GARMAN, an individual and
d/b/a MOBILE PRESS SYSTEMS,

     Plaintiffs,

v.

GREG LAUBE, an individual,
JASON ZIMONSTRAD, an individual,
KIM BOETLER, an individual and
PAINT BULL INTERNATIONAL, INC., a Michigan Corporation,

Defendants.

---

**ORDER GRANTING STIPULATED
MOTION FOR ADMINISTRATIVE CLOSURE**

---

THIS MATTER comes before the Court on the Plaintiffs' and Defendant Paint Bull International, Inc.'s Stipulated Motion for Administrative Closure of the above-captioned case.

The Court, having reviewed the Stipulated Motion and being otherwise familiar with the matter, hereby ORDERS as follows:

IT IS ORDERED that the above-captioned case is administratively closed.

IT IS FURTHER ORDERED that upon final performance of the terms of the settlement agreement, the parties shall file a motion to open the case and dismiss Plaintiffs' claims with prejudice against Defendant Paint Bull International, Inc., each party to pay their own respective

costs, expenses and attorneys' fees, which motion shall be filed on or before November 15, 2006.

    DATED this 30th day of June, 2006.

                                         BY THE COURT:

                                         <u>s/ Edward W. Nottingham</u>
                                         Edward W. Nottingham
                                         United States District Judge