## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02576-EWN-PAC**

DONALD BUCKLER, an individual,
RANDY GARMAN, an individual and
d/b/a MOBILE PRESS SYSTEMS,

    Plaintiffs,

v.

GREG LAUBE, an individual,
JASON ZIMONSTRAD, an individual,
KIM BOETLER, an individual and
PAINT BULL INTERNATIONAL, INC., a Michigan Corporation,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' and Defendant Paint Bull International, Inc.'s Stipulated Motion to Reopen Case and Dismiss Plaintiffs' Claims Against Defendant Paint Bull International, Inc. with Prejudice.

The Court, having reviewed the Stipulated Motion and being otherwise familiar with the matter, hereby ORDERS as follows:

IT IS ORDERED that the Plaintiffs' claims against Defendant Paint Bull International, Inc. are dismissed with prejudice.

IT IS FURTHER ORDERED that the above-captioned case is dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to pay their own respective costs, expenses and attorneys' fees.

DONE AND SIGNED this 25th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Court Judge